**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES T. RIGGS JR., ) | |
| ) | Civil Action No.: 13-cv-03219 |
| Plaintiff, ) | |
| v. ) | Hon. Judge: Edmund E. Chang |
| ) | |
| MORGAN STANLEY SMITH BARNEY LLC, ) | Magistrate Judge: Daniel G. Martin |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)**

Plaintiff Charles T. Riggs Jr. pursuant to Fed. R. Civ. P. 41(a)(1), hereby provides notice that he is voluntarily dismissing the above captioned case without prejudice.

Pursuant to Rule 41(a)(1)(A), "*the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment...*" The defendant has not yet served an answer or a motion for summary judgment in this case.

Pursuant to Rule 41(a)(1)(B), this voluntary dismissal is without prejudice. Plaintiff has not previously dismissed any federal- or state-court action based on or including the same claim.

Respectfully submitted,

**CHARLES T. RIGGS JR.**

Date: August 22, 2013          By:    /s/Charles T. Riggs Jr.
                                             *Plaintiff*

Charles T. Riggs Jr.
(criggs@att.net)
551 Forest Ave.
River Forest, Illinois 60305
(708) 828-6130

1